**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| BRUCE MURRAY, | : | No. 2 EAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court entered on |
| | : | November 16, 2016 at No. 508 MD |
| v. | : | 2016. |
| | : | |
| | : | |
| COMMONWEALTH DEPARTMENT OF | : | |
| CORRECTIONS, ET AL., | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 19th day of July, 2017, the order of the Commonwealth Court is affirmed.